1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID FALLON,

11              Plaintiff,                    No. CIV S-05-0812 DFL KJM PS

12        vs.

13   U.S. GOVERNMENT,

14              Defendant.               <u>ORDER</u>

15   _____/

16              Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18              On July 12, 2005, the magistrate judge filed findings and recommendations herein

19   which were served on plaintiff and which contained notice to plaintiff that any objections to the

20   findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

21   objections to the findings and recommendations.

22              The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

1

1          1.  The findings and recommendations filed July 12, 2005, are adopted in full; and

2          2.  This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

3   Civ. P. 41(b).

4   DATED: 10/21/2005

5

6

7   _____
    DAVID F. LEVI
8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26